**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

January 23, 2008

Clerk
U.S. Court of Appeals
For the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

**CASE NUMBER: CV 07-05876 MJJ**

**CASE TITLE: JONATHAN LEE RICHES-v-KIM JONG**

USCA Case Number:   08-15258

Dear Sir/Madam:

    Enclosed is the Notice of Appeal and Certificate of Record in the above captioned case.

Please acknowledge receipt on the enclosed copy of this letter and return it to this office.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Simone Voltz
Case Systems Administrator

cc: Counsel of Record

UNITED STATES COURT OF APPEALS

**FILED**

FOR THE NINTH CIRCUIT

FEB 0 6 2008

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JONATHAN LEE RICHES,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>KIM JONG, II; PYONG YANG;<br>YOUNGBYON NUCLEAR FACILITY;<br>PROLIFERATION SECURITY; U.N.<br>SECURITY COUNCIL RESOLUTION,<br><br>Defendants - Appellees. | No. 08-15258<br>D.C. No. CV-07-05876-MJJ<br><br><br>**TIME SCHEDULE<br>ORDER** |

The parties shall meet the following time schedule:

**3/18/08**     Appellant/petitioner's opening brief and excerpts of record shall be
served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1;

**Failure of the appellant to comply with the Time Schedule Order will result in
automatic dismissal of the appeal. 9th Cir. R. 42-1**

**Appellants/Petitioners without representation of counsel in a prisoner appeal
may have their case submitted on the briefs and record without oral
argument, pursuant to FRAP 34(a). Within 10 days of the filing of the
appellant's opening brief, parties may file a statement setting forth the
reasons why, in the opinion of the parties, oral argument should be heard.**

FOR THE COURT:

Cathy A. Catterson
Clerk of Court

By: Beverly Brown
Deputy Clerk